UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANNIE MCNEIL-WILLIAMS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DEPUY ORTHOPAEDICS, Inc. n/k/a )<br>Medical Device Business Services, Inc.; )<br>DEPUY SYNTHES PRODUCTS, INC.; )<br>JOHNSON & JOHNSON; JOHNSON & )<br>JOHNSON SERVICES, INC.; JOHNSON & )<br>JOHNSON CONSUMER COMPANIES, Inc.)<br>n/k/a Johnson & Johnson Consumer, Inc.; )<br>DOE DEFENDANTS 1-100, )<br>    Defendants )| **JUDGMENT**<br>No. 5:18-cv-220-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion to vacate and motion for discovery and defendants' motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 20, 2019, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is GRANTED.

**This Judgment Filed and Entered on May 20, 2019 and Copies To:**
Lawrence Wooden / Margaret Cordner  (via CM/ECF Notice of Electronic Filing)
Dixie Thomas Wells (via CM/ECF Notice of Electronic Filing)

May 20, 2019.                                     PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                                 (By) Sandra K. Collins, Deputy Clerk